IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN M. DUBRAY, III,<br><br>Defendant. | **8:26CR149**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Joseph L. Howard to withdraw as counsel for the defendant, John M. Dubray, III (Filing No. 16). Clarence E. Mock, III has filed an entry of appearance as retained counsel for John M. Dubray, III. Therefore, Joseph L. Howard's motion to withdraw (Filing No. 16) will be granted.

Joseph L. Howard shall forthwith provide Clarence E. Mock, III any discovery materials provided to the defendant by the government and any such other materials obtained by Joseph L. Howard which are material to John M. Dubray, III's defense.

The clerk shall provide a copy of this order to Clarence E. Mock, III.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge