**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN M. DUBRAY, III and JILL C. DUBRAY,<br><br>Defendants. | **8:26CR149**<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Unopposed Motion to Continue Pretrial Deadlines (Filing No. 38). The Court, having reviewed the motion and being duly advised, finds that the motion should be granted.

As the Court previously found when it designated this case an extended and complex matter at the September 2, 2026 hearing, this case is so unusual and so complex—due to the nature of the prosecution, the existence of novel questions of fact and law, and the amount of discovery—that it would be unreasonable to expect adequate preparation for pretrial proceedings or for trial within the time limits established by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(ii). The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1. The parties' Joint Unopposed Motion to Continue Pretrial Deadlines [38] is granted.
2. The pretrial motion deadline is continued to **March 16, 2027**, and the remaining progression deadlines are reset accordingly.
3. The period of delay from the date of this Order through the new pretrial motion deadline is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) because the ends of justice served by the continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Dated this 21st day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge